1  JOSEPH A. LEPERA (SBN 207615)
   PATRICK A. HORMILLOSA (SBN 293000)
2  Lepera + Associates, PC
   601 Montgomery Street – Suite 665
3  San Francisco, California 94111
   Telephone: (415) 362-2529
4  Facsimile: (415) 362-9022
   Email: joseph@leperalaw.com
5  Email: patrick@leperalaw.com
   Attorneys for Plaintiff
6  TANIA HUDSON

7

8  CRAIG J. O'LOUGHLIN (SBN 264373)
   Quarles & Brady LLP
9  Renaissance One
   Two North Central Avenue
10 Phoenix, AZ 85004-2391
   Telephone:  602.229.5200
11 Facsimile:   602.229.5690
   Email:  craig.oloughlin@quarles.com
12 Attorneys for Defendant
   PROCTER AND GAMBLE
13 DISTRIBUTING, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TANIA HUDSON, an individual, | Case No. 17-CV-02529-MMC |
| Plaintiff, | |
| v. | **STIPULATION TO APPEAR TELEPHONICALLY & ~~PROPOSED~~ ORDER** |
| PROCTER AND GAMBLE DISTRIBUTING, LLC, a Delaware limited liability company; and DOES 1-50, inclusive, | |
| Defendants. | |

Plaintiff Tania Hudson and Defendant Procter and Gamble Distributing LL, by and through their respective counsel, hereby stipulate and agree and jointly move the Court to allow all Parties to appear telephonically at the Case Management Conference currently set for August 18, 2017 at 10:30 a.m.

The Parties make this request because representatives for Defendant are located in

QUARLES & BRADY LLP
ATTORNEYS AT LAW
MILWAUKEE

QB\47219529.1

STIPULATION TO APPEAR
TELEPHONICALLY & ~~PROPOSED~~ ORDER
- 17-CV-02529-MMC

Phoenix, Arizona.

The Parties move the Court to enter an order consistent with this stipulation and a proposed form of order is submitted herewith.

Dated this 31 day of July 2017.

| **LEPERA & ASSOCIATES P.C.** | **QUARLES & BRADY LLP** |
|---|---|
| By: /S/ Patrick Hormillosa<br>*with permission*<br>Joseph A. Lepera (SBN 207615)<br>Patrick a. Hormillosa (SBN 293000)<br>601 Montgomery Street – Suite 665<br>San Francisco, California 94111<br>Telephone: (415) 362-2529<br>Facsimile: (415) 362-9022<br>Email: joseph@leperalaw.com<br>Email: patrick@leperalaw.com<br><br>Attorneys for Plaintiff, Tania Hudson | By: /S/ Craig J. O'Loughlin<br>Craig J. O'Loughlin<br>Renaissance One<br>Two North Central Avenue<br>Phoenix, AZ 85004-2391<br>craig.oloughlin@quarles.com<br>602.230.4613<br><br>Attorneys for Defendant<br>Procter and Gamble Distributing, LLC |

QUARLES & BRADY LLP
ATTORNEYS AT LAW
MILWAUKEE

QB\47219529.1

-2-

STIPULATION TO APPEAR
TELEPHONICALLY & ~~PROPOSED~~ ORDER
- 17-CV-02529-MMC

## **ORDER GRANTING**

## **STIPULATION TO APPEAR TELEPHONICALLY**

The above STIPULATION TO APPEAR TELEPHONICALLY & PROPOSED ORDER is hereby granted. All parties shall appear telephonically at the August 18, 2017 Case Management Conference.

IT IS SO ORDERED.

Dated: August 1, 2017

*/s/ Maxine M. Chesney*
MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE