Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Tania Hudson<br><br>　　　　　　　Plaintiff(s),<br><br>　v.<br><br>Procter and Gamble Distributing, LLC<br><br>　　　　　　　Defendant(s). | Case No: 17-cv-02529-SK<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

　I, Lindsey W. Davis, an active member in good standing of the bar of Wisconsin, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Procter and Gamble Distributing, LLC in the above-entitled action. My local co-counsel in this case is James Y. Wu, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 411 E. Wisconsin Avenue<br>Milwaukee, WI  53202 | 3100 Oak Road, Suite 100<br>Walnut Creek, CA  94597 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (414) 277-3073 | (925) 658-0300 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| lindsey.davis@quarles.com | jwu@wucastillo.com |

　I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 1089654.

　A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

　I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

　*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 　　　　　　　　　　　　　　　　　　　　　　　　Lindsey W. Davis
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　APPLICANT

---

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

　IT IS HEREBY ORDERED THAT the application of Lindsey W. Davis is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: August 7, 2017

　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE



**WISCONSIN SUPREME COURT**
OFFICE OF THE CLERK
110 E. Main Street, Suite 215
P.O. Box 1688
Madison, WI 53701-1688

Telephone: 608-266-1880
TTY: 800-947-3529
Fax: 608-267-0640
http://www.wicourts.gov

Diane M. Fremgen
Clerk

## *CERTIFICATE OF GOOD STANDING*

*I, Christopher J. Paulsen, Chief Deputy Clerk of the Supreme Court of Wisconsin certify that the records of this office show that:*

LINDSEY W. DAVIS

*was admitted to practice as an attorney within this state on September 20, 2012 and is presently in good standing in this court.*

Dated: May 5, 2017

*CHRISTOPHER J. PAULSEN
Chief Deputy Clerk of Supreme Court*