JOSEPH A. LEPERA (SBN 207615)
PATRICK A. HORMILLOSA (SBN 293000)
LEPERA + ASSOCIATES, PC
601 Montgomery Street – Suite 665
San Francisco, California 94111
Telephone: (415) 362-2529
Facsimile: (415) 362-9022
Email: joseph@leperalaw.com
Email: patrick@leperalaw.com

Attorneys for Plaintiff
TANIA HUDSON

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TANIA HUDSON,<br><br>             Plaintiff,<br><br>     v.<br><br>PROCTER & GAMBLE DISTRIBUTING, LLC, a California limited liability company; and DOES 1-50, inclusive,<br><br>             Defendants. | Case No.: 3:17-cv-02529 MMC<br><br>Honorable Maxine M. Chesney<br><br>**NOTICE OF SETTLEMENT OF ENTIRE CASE AND DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER**<br><br>Action Filed State<br>Court:              April 4, 2017<br>Action Removed:   May 3, 2017<br>Trial Date:         August 20, 2018 |

Plaintiff TANIA HUDSON ("Plaintiff") submits this Notice of Settlement of Entire Case and Dismissal with Prejudice pursuant to the following:

1.   WHEREAS, on April 4, 2017, Plaintiff filed this action in state court in Contra Costa Superior Court of California against Defendant PROCTER & GAMBLE DISTRIBUTING, LLC ("Defendant").

2.   WHEREAS, on May 3, 2017, Defendant removed this action from state court to the Northern District of California.

3.   WHEREAS, on November 27, 2017, the parties reached a settlement in this

1

*Tania Hudson v. Procter & Gamble Distributing, LLC* – **Case No.: 3:17-cv-02529-MMC**
**NOTICE OF SETTLEMENT OF ENTIRE CASE AND DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER**

action following mediation and executed the Settlement Agreement and Release of Claims on December 21, 2017 ("Settlement Agreement").

    4. WHEREAS, the parties agreed in the Settlement Agreement that Plaintiff shall file a Notice of Settlement of Entire Case and Dismissal with Prejudice of this action.

    5. THEREFORE, Plaintiff respectfully requests, by and through her counsel, that this action shall be dismissed with prejudice upon entry by the Court of an order dismissing the action with prejudice.

DATED: January 19, 2018          LEPERA + ASSOCIATES, PC

                                        By:   /s/ Joseph A. Lepera
                                              Joseph A. Lepera
                                              Attorneys for Plaintiff
                                              TANIA HUDSON

**ORDER**

LEPERA + ASSOCIATES, PC
601 Montgomery Street – Suite 665
San Francisco, CA 94111

Pursuant to the foregoing Notice of Settlement, the Court hereby dismisses this action with prejudice.

**IT IS SO ORDERED.**

Dated: _____

_____
Hon. Maxine M. Chesney
United States District Court Judge

3

*Tania Hudson v. Procter & Gamble Distributing, LLC* – **Case No.: 3:17-cv-02529-MMC**
**NOTICE OF SETTLEMENT OF ENTIRE CASE AND DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER**